UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT FULTON,

    Plaintiff,

v.                                   Case No: 2:13-cv-803-FtM-38DNF

LEE COUNTY, FLORIDA,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on review of the docket. The parties filed an amended notice regarding the mediation conference in this case. (See Doc. #42). The notice indicated mediation would be held on February 12, 2015, at 1:00 p.m. before Mediator Jane Lane. Further, pursuant to a local rule, within seven days following the conclusion of a mediation conference, the mediator shall file a mediation report on the case docket. See M.D. Fla. Local Rule 9.06(a). To date, such mediation report has not been filed and at least seven days has passed after the mediation deadline.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

No later than **March 9, 2015**, the parties are directed to have Mediator Jane Lane file a mediation report in this case or the parties are directed to jointly file a notice regarding the outcome of their mediation efforts.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of February, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record